# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcela Leyva,<br><br>    Plaintiff,<br><br>v.<br><br>M.A.C. Cosmetics Incorporated,<br><br>    Defendant. | No. CV-24-01066-PHX-ROS<br><br>**ORDER** |

The Court having reviewed the Parties' Stipulation to Dismiss Without Prejudice (Doc. 24),

**IT IS ORDERED** the Stipulation (Doc. 24) is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 4th day of February, 2026.

                                        Honorable Roslyn O. Silver
                                        Senior United States District Judge